UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARRIN R. MEUIR, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>MICHAEL BOWERSOX, )<br>)<br>Respondent. ) | No. 4:07CV0070 AGF |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 25h day of February, 2010.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE